Robert S. Green (State Bar No. 136183)
Robert A. Jigarjian (State Bar No. 171107)
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA  94104
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710

Mark C. Gardy
Nancy Kaboolian
**ABBEY GARDY, LLP**
212 East 39th Street
New York, New York 10016
Telephone:  (212) 889-3700
Facsimile:  (212) 684-5191

Attorneys for Plaintiff Gerald Korman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILICON IMAGE, INC. SECURITIES LITIGATION | Case No. C 03-5579 JW PVT |
| | **CLASS ACTION** |
| THIS ACTION RELATES TO: | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. SECTION 41(a)(i)** |
| Gerald Korman v. David Lee, et al. | |

1  PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. Section 41(a)(i) plaintiff Gerald Korman hereby voluntarily dismisses the within Class Action Complaint against all Defendants. A copy of this Notice has been served upon all parties as listed on the attached Service List.

Dated: March 19, 2004

**GREEN & JIGARJIAN LLP**

By: /s/ Robert S. Green
Robert S. Green

Robert A. Jigarjian
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Mark C. Gardy, Esq.
Nancy Kaboolian, Esq.
**ABBEY GARDY, LLP**
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 674-5191

Attorneys for Plaintiff

---

1
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. SECTION 41(a)(i)
Case No. C 03-5579 JW PVT

## CERTIFICATE OF SERVICE

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Green & Jigarjian, A Limited Liability Partnership, 235 Pine Street, 15th Floor, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On March 19, 2004, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. PROC. SECTION 41(a)(i)**

by transmitting via facsimile the above listed document(s) to the fax number(s) set forth below on this date.

**SEE ATTACHED SERVICE LIST**

Service is also made via electronic mail in compliance with Civil L.R. 5-6 which states that service must be accomplished to a Designated Internet Site that is identified by its physical and electronic addresses set forth below.

**Securities Class Action Clearinghouse
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
Email: christi@law.stanford.edu**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed March 19, 2004, at San Francisco, California.

_Leslie R. Cuesta_
Leslie R. Cuesta

## SERVICE LIST

*Attorneys for Defendants*

Emmett C. Stanton
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500

| *Attorneys for Plaintiff Gerald Korman*<br><br>Mark C. Gardy<br>Nancy Kaboolian<br>**ABBEY GARDY, LLP***<br>212 East 39th Street<br>New York, New York 10016<br>Telephone: (212) 889-3700<br>Facsimile: (212) 684-5191 | Samuel Rudman<br>**CAULEY GELLER BOWMAN & RUDMAN LLP***<br>200 Broadhollow, Suite 406<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173 |
|---|---|
| Marc Topaz<br>**SCHIFFRIN & BARROWAY, LLP***<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 | Mel E. Lifshiftz<br>**BERNSTEIN LIEBHARD & LIFSHITZ LLP**<br>10 E. 40th Street, 22nd Floor<br>New York, NY 10016-0201<br>Telephone: (212) 779-1414 |
| *Attorney for Plaintiff Walter James Taylor*<br><br>Solomon B. Cera<br>**GOLD BENNETT CERA & SIDENER LLP**<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230 | *Attorney for Plaintiff Louisiana School Employees' Retirement System*<br><br>Nicole Lavallee<br>**BERMAN DeVALERIO PEASE & TABACCO, P.C.**<br>425 California Street, Suite 2025<br>San Francisco, CA 94104 |
| *Attorneys for Plaintiff Walter Baliko*<br><br>Linda M. Fong<br>**KAPLAN FOX & KILSHEIMER LLP**<br>601 Montgomery Street, Suite 300<br>San Francisco, CA 94111<br>Telephone: (415) 772-4702 | |

*Service is transmitted via electronic mail otherwise noted with an asterisk * via facsimile.*